UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE FERNANDEZ,
     Petitioner,

vs.                                Case No.:  3:21cv598/LAC/EMT

SECRETARY, DEPARTMENT
OF CORRECTIONS,
     Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 15, 2022 (ECF No. 20).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2.      The amended petition for writ of habeas corpus (ECF No. 5) is

**DISMISSED with prejudice** as untimely.

3.      A certificate of appealability is **DENIED**.

4.      The clerk of court is directed to enter judgment in accordance with

this order and close this case.

**DONE AND ORDERED** this 4th day of April 2022.


_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**